**Benjamin J. Cox**, OSB No. 080601
**BENJAMIN COX, LLC**
3723 N Williams Ave
Portland, Oregon 97227
Phone: (503) 224-1787
Facsimile: (503) 906-6575
ben@coxlawpdx.com

**Shenoa L. Payne,** OSB No. 084392
**SHENOA PAYNE ATTORNEY AT LAW PC**
735 SW First Ave, Suite 300
Portland, Oregon 97204
Phone: (503) 914-2500
spayne@paynelawpdx.com

    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ANDREA GRIGGS,**<br><br>    Plaintiff,<br><br>v.<br><br>**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**<br><br>    Defendant. | Case No.: 3:22-cv-01753-MO<br><br>**FIRST AMENDED COMPLAINT**<br><br>Breach of Contract, Negligence<br><br>DEMAND FOR JURY TRIAL |

Plaintiff alleges:

1. Plaintiff resides in Washington County.

2. Defendant (State Farm) is an Illinois insurance company registered in Oregon and conducting regular and sustained business activities in Multnomah County.

Page 1 – FIRST AMENDED COMPLAINT

Benjamin Cox
3723 N. Williams Ave.
Portland, Or 97227
Ph: (503) 224-1787
Fax: (503) 906-6575
ben@coxlawpdx.com

3. This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332. Plaintiff and defendant are citizens of different states and the amount in controversy exceeds $75,000 exclusive of interest and costs.

4. Venue is proper in this District under 28 U.S.C. § 1391(b)(2). The events giving rise to this Complaint occurred in this District.

5. On July 24, 2021, Plaintiff was stopped in the left turn lane at the intersection of SW Pacific Highway and SW 64th Avenue. An underinsured driver ran a red light and caused a multi-vehicle crash, injuring Plaintiff as described below.

6. Plaintiff suffered injuries to her back, neck, and left knee. Injuries to the left knee required surgical repair, and Plaintiff experiences ongoing numbness in her knee. Plaintiff's reasonably-incurred medical bills to date total nearly $20,000, and she lost about $2,500 in wages.

7. Plaintiff's State Farm policy was issued in Oregon, in force at the time of the crash, and carried Uninsured/Underinsured Motorist (UM/UIM) limits of $100,000. Plaintiff satisfied all conditions required to be entitled to UIM benefits, including settling (with State Farm's written consent) with the at-fault driver for his $25,000 liability limits.

8. Plaintiff demanded her $100,000 UIM limit on August 1, 2022.

9. On September 1, State Farm extended its initial UIM settlement offer.

10. On September 2, State Farm's adjuster confirmed that she was aware of Ms. Griggs' knee surgery when she extended the offer.

11. The same day, State Farm's adjuster made a second UIM settlement offer.

**FIRST CLAIM FOR RELIEF – BREACH OF CONTRACT**

12. Considering Plaintiff's economic damages, the severity of the crash, Plaintiff's knee surgery, and the noneconomic damages commonly recovered by claimants in similar cases,

Page 2 – FIRST AMENDED COMPLAINT

Benjamin Cox
3723 N. Williams Ave.
Portland, Or 97227
Ph: (503) 224-1787
Fax: (503) 906-6575
ben@coxlawpdx.com

State Farm should have tendered Plaintiff's $100,000 UIM policy limits following Plaintiff's August 1 demand.  By failing to do so, State Farm breached its obligations under the policy.

13. Plaintiff is entitled to recover attorney's fees pursuant to ORS 742.061.

## SECOND CLAIM FOR RELIEF – NEGLIGENCE PER SE

14. State Farm's obligations to Plaintiff are not only defined by the policy, but also by an independent standard of care: ORS 746.230. This statute requires insurers to attempt "in good faith, to promptly and equitably settle claims in [cases] which liability has become reasonably clear," and it forbids insurers from "Compelling claimants to initiate litigation to recover amounts due by offering substantially less than amounts ultimately recovered in actions brought by such claimants." Violation of this independent standard creates liability in tort to Plaintiff.

15. As an insurance policyholder, Plaintiff is within the class of persons ORS 746.230 is meant to protect, and preventing undue distress to insureds in the claims process is part of why the law exists.

16. State Farm failed to act promptly by not tendering the UIM limits shortly after it provided consent to accept the liability limits settlement against the tortfeasor, and received Plaintiff's August 1 demand.

17. State Farm failed to act equitably or in good faith by making unreasonably low new money offers after it knew that Ms. Griggs had underwent a knee surgery and had recoverable medical charges of nearly $20,000.

18. By making such patently unreasonable offers despite its extensive knowledge of the UM/UIM claim values of claims involving knee surgeries, State Farm compelled Plaintiff to initiate this litigation when she would have vastly preferred an amicable settlement.

19. Due to State Farm's failures (separately and collectively) to act promptly, equitably, or in good faith to fairly resolve Plaintiff's UIM claim, Plaintiff suffered emotional

Page 3 – FIRST AMENDED COMPLAINT

Benjamin Cox
3723 N. Williams Ave.
Portland, Or 97227
Ph: (503) 224-1787
Fax: (503) 906-6575
ben@coxlawpdx.com

distress. For such distress, she seeks extracontractual non-economic damages in a reasonable amount to be assessed by a jury.

20. Plaintiff is entitled to recover attorney's fees pursuant to ORS 742.061.

## PRAYER FOR RELIEF

Plaintiff prays for the following relief:

1. Economic damages in the amount of $100,000;
2. Noneconomic damages in an amount to be determined at trial;
3. Attorneys' fees pursuant to ORS 742.061;
4. Costs and disbursements incurred herein; and
5. Any other relief the Court may find appropriate.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38, plaintiff demands trial by jury in this action on all issues triable by a jury.

DATED this 23rd day of November, 2022.

BENJAMIN COX, LLC

By: *s/ Benjamin J. Cox*
Benjamin Cox, OSB No. 080601
3723 N Williams Ave
Portland, Oregon 97227
(503) 224-1787
ben@coxlawpdx.com

SHENOA PAYNE ATTORNEY AT LAW, P.C.

By: *s/ Shenoa L. Payne*
Shenoa L. Payne, OSB No. 084392
735 SW First Ave, Ste 300
Portland, Oregon 97204
(503) 914-2500
spayne@paynelawpdx.com
*Attorneys for Plaintiff*

Page 4 – FIRST AMENDED COMPLAINT

Benjamin Cox
3723 N. Williams Ave.
Portland, Or 97227
Ph: (503) 224-1787
Fax: (503) 906-6575
ben@coxlawpdx.com