**Ralph C. Spooner, OSB No. 732880**
E-mail:  rspooner@smapc.com
**David E. Smith, OSB No. 124591**
E-mail:  dsmith@smapc.com
SPOONER & MUCH, P.C.
530 Center Street N.E., Suite 712
Salem, OR 97301
Phone: 503-378-7777
Fax:    503-588-5899
Of Attorneys for Defendant State Farm
Mutual Automobile Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ANDREA GRIGGS, | Case No. 3:22-cv-01753-MO |
| Plaintiff, | **STIPULATION FOR AN ORDER DIRECTING THE CLERK TO ENTER A JUDGMENT OF DISMISSAL** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the attorneys for the respective parties herein that an Order can be entered directing the Clerk to enter Judgment dismissing this case with prejudice and without costs, disbursements or attorney fees being allowed to any party

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 – STIPULATION FOR AN ORDER DIRECTING THE CLERK TO ENTER A JUDGMENT OF
            DISMISSAL

upon the grounds and for the reason that the same has been fully settled and compromised.

DATED: 6/19/23

s/ Benjamin Cox
BENJAMIN COX, OSB No. 080601
SHENOA L. PAYNE, OSB No. 084392
Of Attorneys for Plaintiff
E-mail: ben@coxlawpdx.com
Fax: (503) 906-6575

DATED: 6/19/23

s/ Ralph C. Spooner
RALPH C. SPOONER, OSB# 732880
Attorney for Defendant
E-mail: rspooner@smapc.com
Fax: (503) 588-5899

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **STIPULATION FOR AN ORDER DIRECTING THE CLERK TO ENTER A JUDGMENT OF DISMISSAL** to the following:

Ben Cox, OSB No. 080601
Benjamin Cox, LLC
3723 N Williams Ave
Portland, OR 97227
Fax: (503) 906-6575
E-mail address: ben@coxlawpdx.com
  Of Attorneys for *Plaintiff*

Shenoa L. Payne, OSB No. 084392
Shenoa Payne Attorney at Law PC
735 SW First Ave, Ste 300
Portland, OR 97204
E-mail address: spayne@paynelawpdx.com
  Of Attorneys for *Plaintiff*

☒ by emailing a copy to said attorney at the above email address with consent of counsel;
☐ by mailing a copy in a sealed, first-class, postage prepaid envelope, addressed to said attorneys at the above address and deposited in the U.S. Mail;
☐ by serving correct copies thereof, certified by me as such, to attorneys via the United States District Court for the District of Oregon's CM/ECF filing system.

DATED this 19th day of June, 2023.

s/ Ralph C. Spooner
RALPH C. SPOONER, OSB# 732880
DAVID E. SMITH, OSB# 124591
Spooner & Much, P.C.
Attorneys for Defendant State Farm Mutual
Automobile Insurance Company
E-mail: rspooner@smapc.com
    dsmith@smapc.com
Fax: (503) 588-5899

Page 3 – STIPULATION FOR AN ORDER DIRECTING THE CLERK TO ENTER A JUDGMENT OF DISMISSAL